UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA,** | ) | Magistrate Docket No. '08 MJ 1283 |
| Plaintiff, | ) | |
| | ) | COMPLAINT FOR VIOLATION OF: |
| v. | ) | |
| | ) | Title 8, U.S.C., Section 1326 |
| **Jesus RODRIGUEZ-Castillo,** | ) | Deported Alien Found in the United States |
| | ) | |
| Defendant | ) | |

The undersigned complainant, being duly sworn, states:

On or about **April 24, 2008** within the Southern District of California, defendant, **Jesus RODRIGUEZ-Castillo,** an alien, who previously had been excluded, deported and removed from the United States to **Mexico**, was found in the United States, without the Attorney General or his designated successor, the Secretary of the Department of Homeland Security (Title 6, United States Code, Sections 202(3) and (4), and 557), having expressly consented to the defendant's reapplication for admission into the United States; in violation of Title 8 United States Code, Section 1326.

And the complainant further states that this complaint is based on the attached statement of facts, which is incorporated herein by reference.

_____
SIGNATURE OF COMPLAINANT
James Trombley
Senior Patrol Agent

SWORN TO BEFORE ME AND SUBSCRIBED IN MY PRESENCE, THIS **25th** DAY OF **APRIL, 2008**

_____
Jan M. Adler
UNITED STATES MAGISTRATE JUDGE

CONTINUATION OF COMPLAINT:
Jesus RODRIGUEZ-Castillo

## PROBABLE CAUSE STATEMENT

On April 24, 2008, Border Patrol Agent J. Walthall was performing his assigned duties in the Campo, California area of responsibility. Agent Walthall responded to seismic intrusion device in an area by Tierra Real and Tierra Del Sol. This area is approximately 18 miles east of the Tecate, California Port of Entry, less than one mile north of the United States/Mexico International border.

Agent Walthall arrived in the area and found footprints heading north on a trail. Agent Walthall followed the footprints north when he encountered twenty-five individuals attempting to conceal themselves in some brush. Agent Walthall immediately identified himself as a United States Border Patrol Agent and questioned each individual as to their citizenship and immigration status, including one later identified as the defendant **Jesus RODRIGUEZ-Castillo**. All twenty five, including the defendant, freely admitted to being citizens and nationals of Mexico without the proper documents to enter or remain in the United States legally. At approximately 5:00 a.m., all twenty five were arrested and transported to the Campo Border Patrol Station for processing.

Routine record checks of the defendant revealed a criminal and immigration history. The defendant's record was determined by a comparison of his criminal record and the defendant's current fingerprint card. Official immigration records of the Department of Homeland Security revealed the defendant was previously deported to **Mexico** on **November 3, 2006** through **San Ysidro, California.** These same records show that the defendant has not applied for permission from the Attorney General of the United States or his designated successor, the Secretary of the Department of Homeland Security, to return to the United States after being removed.